## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**CYNDI ALEXANDER**                                         **PLAINTIFF**

v.                           **CIVIL ACTION NO.: 3:24-cv-740-CWR-ASH**

**ADHEREHEALTH SOLUTIONS, INC.**                 **DEFENDANTS**
**F/K/A PHARMMD SOLUTIONS, LLC**
**AND ADHEREHEALTH, LLC**

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** counsel for the Plaintiff, Nick Norris, and moves this honorable Court for leave to withdraw as counsel. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

1. The law firm of Watson & Norris, PLLC is separating.

2. Mr. Norris seeks to withdraw as counsel as Plaintiff will be represented going forward by Louis H. Watson, Jr. at the Watson Law Firm, PLLC.

3. The withdrawal of Mr. Norris as counsel will not cause a delay as Mr. Watson has been representing the Plaintiff along with Mr. Norris on the case.

4. Plaintiff requests that the requirement of a separate memorandum be waived based on the simple nature of this request to withdraw.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel prays for an Order granting Nick Norris leave to withdraw as counsel for the Plaintiff in this matter so the Plaintiff can continue to be represented by the Watson Law Firm, PLLC

THIS, the 28th of November 2025.

                          Respectfully submitted,
                          <u>/s Nick Norris</u>
                          NICK NORRIS (MB# 101574)
                          Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
Telephone: (601) 960000
Email: nick@watsonnorris.com

2